IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOP TOBACCO, LP; REPUBLIC TECHNOLOGIES (NA) LLC; REPUBLIC TOBACCO, LP.

vs.

EASY WHOLESALE, INC; SANGHEUM CHO; KORI, INC; DKJOO INC; DUK JOO CHO; JJ CHO INC; JAEJIN CHO

(CIVIL)/CRIMINAL ACTION NO.

19-4464

FILED
OCT 29 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

**RESPONSE**

ALL OF THE DEFENDANTS ABOVE HAVE BEEN A RETAIL DEALER OF TOP, JOB PAPERS SINCE 2003. THROUGH THE 16 YEARS TOM, ANNE AND JAEJIN HAVE SOLD TENS OF THOUSANDS OF TOP TOBACCO PRODUCTS. WE HAVE ALWAYS RECEIVED PRODUCTS FROM REPUTABLE WHOLESALERS SUCH AS ALLEN BROTHERS WHOLESALE OF PHILADELPHIA. WE (TOM, ANNE, JAEJIN) DENY ALL OF THE ALLEGATIONS BY TOP TOBACCO. IF YOU ASK YOUR REGIONAL SALES REPRESENTATIVE, HE WILL KNOW THAT WE ARE AN HONEST BUSINESS FAMILY. EASY WHOLESALE AND DK JOO INC. HAVE CHECKED INVENTORY OF TOP, JOB PAPERS AND COMPARED THEM TO YOUR DESCRIPTION. ALL ITEMS ARE GENUINE. WE WILL CONTINUE OUR EFFORTS TO CONFIRM THE AUTHENTICITY OF ALL PRODUCTS.

PRINTED NAME: TOM SANGHEUM CHO
ADDRESSS: 421 CARSON TER. HUNTINGDON VALLEY, PA 19006

SIGNATURE: [signed] TomCho
DATE: 10/29/19

03/2019