UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOP TOBACCO, L.P., REPUBLIC TECHNOLOGIES (NA), LLC, and REPUBLIC TOBACCO, L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 19-CV-4464 |
| vs. | ) ) | |
| EASY WHOLESALE, INC. D/B/A "EZ WHOLESALE," SANG HEUM CHO (aka THOMAS CHO), KORI INC. D/B/A "SMOKE SHOP," DK JOO INC., DUK JOO CHO (aka ANN CHO), JJ CHO INC. D/B/A "SMOKE SHOP BRISTOL," AND JAE JIN CHO. | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Local Rule 7.4(b)(2), the parties stipulate and agree to the following:

A. Plaintiffs filed the Complaint in this matter on September 25, 2019. On October 10, 2019, Plaintiffs filed affidavits of service stating that the Complaint had been served on Defendants on October 9-10, 2019, thereby requiring that Defendants file their Answer or otherwise respond to the Complaint by October 29-30, 2019. Defendants filed responses on October 29, 2019 and October 31, 2019. A conference was scheduled by the Court for January 27, 2020.

B. Defendants have recently retained counsel to represent them in this proceeding. To familiarize themselves with the facts of the case, assess possible settlement options, and file a response to the Complaint, the parties agree to an extension of time until February 17, 2020 for Defendants' Answer or other response to the Complaint.

C. There have been no other extensions of time in this case.

Date: January 24, 2020

| | |
|---|---|
| By: /BarryLCohen/ | By: /FrankAMazzeo/ |
| Barry L. Cohen | Frank A. Mazzeo, Esq. |
| Julie M. Latsko | Ryder, Mazzeo & Konieczny LLC |
| Royer Cooper Cohen Braunfeld LLC | 808 Bethlehem Pike, Suite 200 |
| Two Logan Square | Colmar, PA 18915 |
| 100 North 18th Street, Suite 710 | (215) 997-0248 |

1

Philadelphia, PA 19130  
(484) 362-2628  
bcohen@rccblaw.com  
jlatsko@rccblaw.com  
*Attorney for Plaintiffs*

fmazzeo@rmkiplaw.com  
*Attorney for Defendants*

Approved and So Ordered this _____ day of _____, 2020.

_____  
_____, J.

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of foregoing Joint Stipulation Extending Time to Answer or Otherwise Respond to Complaint was served via electronic filing upon the following:

Barry L. Cohen
Julie M. Latsko
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 North 18th Street, Suite 710
Philadelphia, PA 19130
(484) 362-2628
bcohen@rccblaw.com
jlatsko@rccblaw.com

Date: January 24, 2020                                          /DenisYanishevskiy/
                                                                Denis Yanishevskiy